COURT OF CRIMINAL APPEALS
CLERK OF THE COURT

49,858-17

RE: THE FILING OF ORIGINAL APPLICATION OF WRIT OF MANDAMUS

I MAILED A WRIT OF MANDAMUS ON CAUSE NO# 0476691 OUT OF THE 185th JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS ON DECEMBER 17th, 2014, I NEED TO NO IF IT HAS BEEN FILED WITH THE COURT YET?

THANK YOU
Donald Wayne Herod
DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 South EMILY DRIVE
BEEVILLE, TX. 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 09 2015
Abel Acosta, Clerk

JANUARY 5th, 2015